United States District Court
Southern District of Texas
**ENTERED**
November 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **CESAR ALEXANDER CORTEZ DIAZ,** | § | |
| ***Petitioner,*** | § | |
| | § | **Civil Action No. 7:26-cv-00418** |
| **v.** | § | |
| | § | **Criminal Action No. 7:26-cr-02643** |
| **WARDEN EAST HIDALGO** | § | |
| **DETENTION CENTER,** ***et al.*****,** | § | |
| ***Respondents.*** | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION AND GRANTING DISMISSAL**

Pending before the Court is Petitioner Cesar Alexander Cortez Diaz's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, (Civ. Dkt. No. 1), which was referred to United States Magistrate Judge Juan F. Alanis for a Report and Recommendation. On October 20, 2026, Magistrate Judge Alanis issued a Report and Recommendation, (Civ. Dkt. No. 8), recommending that Petitioner's § 2241 petition be denied, that Petitioner be denied a certificate of appealability, and that this action be dismissed without prejudice.

The parties were provided proper notice and an opportunity to object to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); LR 72. Petitioner filed objections. (Civ. Dkt. No. 9). As a result, the Court's review is *de novo*. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has carefully considered *de novo* those portions of the Report and Recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the Report and Recommendation and adopts it as the opinion of the Court.

It is therefore **ORDERED** that Petitioner's § 2241 petition is **DENIED**, that Petitioner is denied a certificate of appealability, and that this action is **DISMISSED WITHOUT PREJUDICE**.

It is **SO ORDERED.**

SIGNED on November 16, 2026.

**JOHN G.E. MARCK**
**UNITED STATES DISTRICT JUDGE**